◼ In the Matter of LISA REED, Appellant, v DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents. [20 NYS3d 526]—

Order and judgment (one paper), Supreme Court, New York County (Joan M. Kenney, J.), entered September 30, 2014, dismissing the petition to vacate and/or modify the opinion and award, dated October 21, 2013, which, after a hearing pursuant to Education Law § 3020-a, terminated petitioner's employment as a tenured teacher, unanimously affirmed, without costs.

The charges and specifications of incompetent and ineffective service, during three school years, are supported by adequate evidence showing that petitioner failed to plan and execute lessons, as observed on multiple enumerated dates (*see Lackow v Department of Educ. [or "Board"] of City of N.Y.,* 51 AD3d 563, 567 [1st Dept 2008]). The evidence shows that petitioner continually refused to accept responsibility for her failure to deliver effective instruction. In particular, she failed to implement the school administration's professional development recommendations with regard to lesson planning preparation and execution, proper pacing of lessons, ensuring students stay on task, and assessing students' progress, among other things.

The penalty of termination does not shock our sense of fairness (*see Lackow,* 51 AD3d at 569).

We have considered petitioner's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Richter, Manzanet-Daniels and Kapnick, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KALIEK WILLIAMS, Appellant. [20 NYS3d 526]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Edward McLaughlin, J.), rendered on or about May 20, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.